UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN RAWAT, et. al, | No. 2:17-cv-02100-KJM-KJN PS |
| Plaintiffs, | |
| v. | ORDER |
| TAMMY FERNANDES, et al., | |
| Defendants. | |

Plaintiffs, who proceed without counsel, have indicated that defendant Andrew Wolf was served by personal service on July 30, 2018. (ECF No. 30.) All other defendants have been voluntarily dismissed by plaintiffs. (See ECF Nos. 29, 31.)

Accordingly, IT IS HEREBY ORDERED that:

1. A status (pre-trial scheduling) conference is set for **October 11, 2018, at 10:00 a.m**., in Courtroom No. 25 before the undersigned. All parties shall appear by counsel or in person if acting without counsel.

2. Not later than **October 4, 2018**, the parties shall file status reports[1] briefly describing the case and addressing the following:

      a. Service of process;

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

1      b.  Possible joinder of additional parties;

2      c.  Any expected or desired amendment of the pleadings;

3      d.  Jurisdiction and venue;

4      e.  Anticipated motions and their scheduling;

5      f.  The report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan

6   and its scheduling, including disclosure of expert witnesses;

7      g.  Future proceedings, including setting appropriate cut-off dates for discovery

8   and law and motion, and the scheduling of a pretrial conference and trial;

9      h.  Special procedures, if any;

10      i.  Estimated trial time;

11      j.  Modifications of standard pretrial procedures due to the simplicity or

12   complexity of of the proceedings;

13      k.  Whether the case is related to any other cases, including bankruptcy;

14      l.  Whether a settlement conference should be scheduled;

15      m.  Whether counsel will stipulate to the magistrate judge assigned to this matter

16   acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they

17   prefer to have a settlement conference conducted before another judge; and

18      n.  Any other matters that may add to the just and expeditious disposition of this

19   matter.

20      3.  Failure to obey federal or local rules, or order of this court, may result in dismissal of

21   this action.  This court will construe pro se pleadings liberally, but pro se litigants must comply

22   with the procedural rules.

23      4.  Plaintiff and counsel are reminded of their continuing duty to notify chambers

24   immediately of any settlement or other disposition.  See L.R. 160.  In addition, the parties are

25   cautioned that pursuant to Local Rule 230(c), opposition to granting of a motion must be filed

26   fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will

27   be entitled to be heard in opposition to a motion at oral arguments if written opposition to the

28   motion has not been timely filed by that party."  Moreover, Local Rule 230(i) provides that

2

1    failure to appear may be deemed withdrawal of opposition to the motion or may result in

2    sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

3    grounds for imposition of any and all sanctions authorized by statute or Rule or within the

4    inherent power of the Court."

5         5.  The parties are informed that they may, if all consent, have this case tried by a United

6    States Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of

7    Appeals.  See 28 U.S.C. § 636(c).  The form for consent to trial by a magistrate judge is attached.

8    Any party choosing to consent may complete the form and return it to the Clerk of the Court.

9    Neither the magistrate judge nor the district judge handling the case will be notified of the filing

10    of a consent form, unless all parties to the action have consented.

11         6.  The Clerk of the Court is directed to send a copy of this order to defendant Andrew

12    Wolff at The Law Offices of Andrew Wolff, P.C., 1615 Broadway 4th Floor, Oakland, CA

13    94612.

14         IT IS SO ORDERED.

15    Dated:  September 4, 2018

16

17    KENDALL J. NEWMAN
       UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28